1  SHARON BUNZEL (CA SBN 181609)
   sbunzel@omm.com
2  O'MELVENY & MYERS LLP
   275 Battery Street
3  San Francisco, CA  94111
   Telephone:   (415) 984-8700
4  Facsimile:    (415) 984-8701

5  Attorneys for Defendant
   Montay Adonis Boseman
6

7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | Case No. CR-06-00013-DLJ |
|---|---|
| Plaintiff, | |
| v. | STIPULATED REQUEST AND **ORDER** TO CONTINUE STATUS CONFERENCE TO NOVEMBER 13, 2009 AT 9 A.M. |
| Montay Adonis Boseman, | |
| Defendant. | |

The above-captioned matter is set on October 23, 2009 at 9 a.m. for a status conference regarding an alleged violation of the terms of supervised release as to defendant Montay Boseman.  Defendant Boseman and the United States jointly request that this Court continue the status conference to November 13, 2009 at 9 a.m.  The continuance is requested because Mr. Boseman is currently in the custody of the State of California, and the parties anticipate that they will be better able to report on the status of

///

///

///

///

///

1  this matter on November 13, 2009, after further information is obtained about Mr.
2  Boseman's state proceedings.
3
4                                              Respectfully submitted,
5     Dated: October 20, 2009
6                                              MAUREEN BESSETTE
7                                              UNITED STATES ATTORNEY'S
                                               OFFICE
8
9                                              By:     /s/
10                                                  Maureen Bessette
                                               Attorneys for Plaintiff
11                                             United States of America
12    Dated: October 20, 2009
13                                             SHARON BUNZEL
                                               O'MELVENY & MYERS LLP
14
15                                             By:     /s/
16                                                   Sharon Bunzel
                                               Attorneys for Defendant
17                                             Montay Adonis Boseman
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6          **UNITED STATES DISTRICT COURT**
7          **NORTHERN DISTRICT OF CALIFORNIA**
8

| UNITED STATES OF AMERICA, | Case No. CR-06-00013-DLJ |
|---|---|
| Plaintiff, | **ORDER** GRANTING STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE TO NOVEMBER 13, 2009 AT 9 A.M. |
| v. | |
| Montay Adonis Boseman, | |
| Defendant. | |

The parties have jointly requested that the status conference set for October 23, 2009 at 9 a.m. be continued to November 13, 2009 at 9 a.m. This hearing is to address the status of an alleged violation of the terms of supervised release.

Because Mr. Boseman is in state custody, and the parties anticipate that they will be better able to report on the status of this matter after further information is obtained about Mr. Boseman's state proceedings, the Court finds that the requested continuance is warranted. The status conference as to defendant Montay Boseman is hereby continued from October 23, 2009 to November 13, 2009 at 9 a.m.

Dated: October _21, 2009

_____
HON. D. LOWELL JENSEN
U.S. District Court Judge