1  SHARON BUNZEL (CA SBN 181609)
   sbunzel@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA  94111
   Telephone:   (415) 984-8700
4  Facsimile:    (415) 984-8701

5  Attorneys for Defendant
   Montay Adonis Boseman
6

7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12 | United States of America, | Case No. CR-06-00013-DLJ |

13 | Plaintiff, | |

14 | v. | STIPULATED REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 11, 2009 AT 9 A.M. |

15 | Montay Adonis Boseman, | |

16 | Defendant. | |

17

18      The above-captioned matter is set on November 13, 2009 at 9 a.m. for a status

19 conference regarding an alleged violation of the terms of supervised release as to

20 defendant Montay Boseman.  Defendant Boseman and the United States jointly request

21 that this Court continue the status conference to December 11, 2009 at 9 a.m.  The

22 continuance is requested because Mr. Boseman is currently in the custody of the State of

23 California, and the parties are continuing to seek further information about Mr.

24 ///

25 ///

26 ///

27 ///

28 ///

1  Boseman's state proceedings that will better enable them to report on the status of this
2  matter.
3
4                                          Respectfully submitted,
5  Dated: November 10, 2009
6                                          MAUREEN BESSETTE
                                           UNITED STATES ATTORNEY'S
7                                          OFFICE
8
9                                          By:  /s/
                                                Maureen Bessette
10                                         Attorneys for Plaintiff
                                           United States of America
11
12 Dated: November 10, 2009
13                                         SHARON BUNZEL
                                           O'MELVENY & MYERS LLP
14
15                                         By:  /s/
                                                Sharon Bunzel
16                                         Attorneys for Defendant
                                           Montay Adonis Boseman
17
18
19
20          **ATTESTATION PURSUANT TO GENERAL ORDER 45**
21     Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under
22 penalty of perjury that the concurrence in the filing of this document has been obtained
23 from its signatories.
24
25 Dated: November 10, 2009        By:  /s/
                                        Sharon Bunzel
26
27
28

- 2 -       STIP. REQUEST TO CONTINUE STATUS
            CONF. AND [PROPOSED] ORDER
            CR-06-00013-DLJ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Montay Adonis Boseman,<br><br>　　　　　　Defendant. | Case No. CR-06-00013-DLJ<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE TO DECEMBER 11, 2009 AT 9 A.M. |

　　　　The parties have jointly requested that the status conference set for November 13, 2009 at 9 a.m. be continued to December 11, 2009 at 9 a.m.  This hearing is to address the status of an alleged violation of the terms of supervised release.

　　　　　The Court finds that the requested continuance is warranted because Mr. Boseman is in state custody, and the parties are continuing to seek further information about Mr. Boseman's state proceedings that they believe will better enable them to report on the status of this matter.  The status conference as to defendant Montay Boseman is hereby continued from November 13, 2009 to December 11, 2009 at 9 a.m.

　　　Dated: November_12,  2009

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. D. LOWELL JENSEN
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

STIP. REQUEST TO CONTINUE STATUS
CONF. AND [PROPOSED] ORDER
CR-06-00013-DLJ