1  SHARON BUNZEL (CA SBN 181609)
   sbunzel@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA  94111
   Telephone:   (415) 984-8700
4  Facsimile:   (415) 984-8701

5  Attorneys for Defendant
   Montay Adonis Boseman
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **OAKLAND DIVISION**

11

12 | United States of America, | Case No. CR-06-00013-DLJ |
13 | Plaintiff, | |
14 | v. | STIPULATED REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE |
15 | Montay Adonis Boseman, | TO FEBRUARY 19, 2010 AT 9 A.M. |
16 | Defendant. | |

17

18       The above-captioned matter is set on January 15, 2010 at 9 a.m. for a status

19  conference regarding alleged violations of the terms of supervised release as to defendant

20  Montay Boseman.  Defendant Boseman and the United States jointly request that this

21  Court continue the status conference to February 19, 2010, at 9 a.m.  The continuance is

22  requested because Mr. Boseman is in state custody.  Although the parties have negotiated

23  a disposition of the pending Form 12 whereby Mr. Boseman will admit to

24  ///

25  ///

26  ///

27  ///

28  ///

STIP. REQUEST TO CONTINUE STATUS
CONF. AND [PROPOSED] ORDER
CR-06-00013-DLJ

a violation and be sentenced to time served, additional time is needed so that Mr. Boseman can be writted over to federal custody for his appearance to resolve this matter.

Respectfully submitted,

Dated: January 15, 2010

MAUREEN BESSETTE
UNITED STATES ATTORNEY'S OFFICE

By: __/s/__
Maureen Bessette
Attorneys for Plaintiff
United States of America

Dated: January 15, 2010

SHARON BUNZEL
O'MELVENY & MYERS LLP

By: __/s/__
Sharon Bunzel
Attorneys for Defendant
Montay Adonis Boseman

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: January 15, 2010       By: __/s/__
Sharon Bunzel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>Montay Adonis Boseman,<br><br>    Defendant. | Case No. CR-06-00013-DLJ<br><br> ORDER GRANTING STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE TO FEBRUARY 19, 2010, AT 9 A.M. |

The parties have jointly requested that the status conference set for January 15, 2010 at 9 a.m. be continued to February 19, 2010, at 9 a.m.  This hearing is to address the status of alleged violations of the terms of supervised release.

 The Court finds that the requested continuance is warranted because Mr. because Mr. Boseman is in state custody, and although the parties have negotiated a disposition of the pending Form 12, additional time is needed so that Mr. Boseman can be writted over to federal custody for his appearance to resolve this matter.

The status conference as to defendant Montay Boseman is hereby continued from January 15, 2010 to February 19, 2010, at 9 a.m.

Dated: January  19,  2010

_____
HON. D. LOWELL JENSEN
U.S. District Court Judge

STIP. REQUEST TO CONTINUE STATUS
CONF. AND [PROPOSED] ORDER
CR-06-00013-DLJ